IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOSE LOPEZ, )
)
          Plaintiff, )
)
      v. ) Case No. 1:25-cv-13636
)
CHICAGO & VICINITY ) Honorable John J. Tharp, Jr.
LABORERS' DISTRICT COUNCIL )
PENSION PLAN )
)
        Defendant. )

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

Now comes the plaintiff, JOSE LOPEZ ("Plaintiff"), by his attorneys, Matthew T. Maloney and DeBofsky Law, Ltd., and hereby moves for the entry of judgment in his favor and against the defendant, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION PLAN ("Defendant"), pursuant to Fed R. Civ. P. 52, on the ground that the preponderance of the evidence favors the entry of judgment in Plaintiff's favor in this case for disability pension benefits under § 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA") (29 U.S.C. § 1132(a)(1)(B)). In support thereof, Plaintiff concurrently files a separate Statement of Facts and Memorandum of Law.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant, order Defendant to pay him for all wrongfully denied disability pension benefits, plus pre-judgment interest, in an amount equal to the contractual amount of benefits to which he is entitled from July 1, 2020 to July 1, 2025, and award him attorneys' fees and costs pursuant to ERISA § 502(g) (29 U.S.C. § 1132(g)).

Dated: July 31, 2026

Respectfully Submitted,

*/s/ Matthew T. Maloney*
Attorney for Plaintiff

Matthew T. Maloney
DeBofsky Law, Ltd.
2 N. Riverside Plaza, Suite 1420
Chicago, IL 60606
(312) 561-4040 (phone)
(312) 600-4426 (fax)
mmaloney@debofsky.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys of records.

*/s/ Matthew T. Maloney*
Attorney for Plaintiff