**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSE LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25-cv-13636 |
| | ) | |
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION PLAN, | ) | Hon. John J. Tharp, Jr. |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CROSS-MOTION FOR ENTRY OF JUDGMENT**

Defendant Chicago & Vicinity Laborers' District Council Pension Plan, through its undersigned attorneys, hereby moves for entry of judgment in its favor pursuant to Fed. R. Civ. P. 52. Regardless of whether the Court applies a *de novo* standard of review, as argued by Plaintiff, or a deferential standard of review, as argued by Defendant, Plaintiff fails to prove that the Administrative Record supports a finding that he is Totally and Permanently Disabled under the terms of Defendant's benefit plan, and therefore, fails to prove that he is entitled to a Disability Pension from Defendant. For the reasons set forth in the accompanying Memorandum of Law and Proposed Findings of Fact, judgment should be entered in favor of Defendant.

WHEREFORE, Defendant respectfully requests that this Court enter judgment in Defendant's favor and against Plaintiff and grant Defendant any other relief that it deems just.

Dated: August 28, 2026

Respectfully submitted,

/s/ Elizabeth L. Rowe
One of Defendant's Attorneys

Elizabeth L. Rowe (ARDC# 6316967)
Jacob S. Schermer (ARDC# 6336714)
Dowd, Bloch, Bennett,
Cervone, Auerbach & Yokich, LLP

8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361
erowe@laboradvocates.com
jschermer@laboradvocates.com